June 30, 1964

Commonwealth ex rel. Bogart, Appellant, v. Myers.

Submitted March 17, 1964. *Robert F. M. Bogart,* appellant, in propria persona; *Richard A. Devlin,* Assistant District Attorney, for appellee.

Order affirmed.

July 10, 1964

Commonwealth v. Gebhart, Appellant.

Argued June 9, 1964; reargument refused September 14, 1964. *David L. Levan,* with him *Jan L. Deelman* and *Levan and Deelman,* for appellant; *John E. Ruth,* for appellee.

OPINION PER CURIAM:

The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.